UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA       )
                                      )
v.                                   )      Nos. 3:03-00045 & 3:04-00071
                                      )      JUDGE CAMPBELL
HOWARD GLEN BRONS         )

ORDER

Pending before the Court are Petitions (Docket Nos. 120 and 60) alleging violations of

Defendant's conditions of Supervised Release. The Court will hold a hearing on the Petitions on

October 3, 2014, at 10:30 a.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE