UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Nos. 3:03-00045 & 3:04-00071 |
| ) | JUDGE CAMPBELL |
| HOWARD GLEN BRONS ) | |

## ORDER

The hearing currently scheduled for October 3, 2014, on the Petitions (Docket Nos. 120 and 60) alleging violations of Defendant's conditions of Supervised Release is CONTINUED to December 19, 2014, at 2:30 p.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE